**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6026**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LEE HARRIS, a/k/a Peejack,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Fox, District Judge. (CR-96-35-F, CA-98-179-4-F)

———————

Submitted: February 22, 2001          Decided: March 1, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Lee Harris, Appellant Pro Se. Jerri Ulrica Dunston, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Lee Harris appeals the district court's order denying his motion under 28 U.S.C.A. § 2255 (West Supp. 2000). Although the district court entered judgment on the merits in favor of the Government, we conclude that the motion was not brought within the one-year period specified by § 2255 and, therefore, was untimely. <u>United States v. Torres</u>, 211 F.3d 836, 837 (4th Cir. 2000) (holding that the one-year period commences with this court's mandate when no petition for certiorari is filed). Accordingly, we deny a certificate of appealability and dismiss the appeal on the ground that Harris' § 2255 motion was time-barred. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2